GIBSON, DUNN & CRUTCHER LLP
JAMES P. FOGELMAN, SBN 161584
jfogelman@gibsondunn.com
ALAYNA MONROE, SBN 329061
amonroe@gibsondunn.com
2029 Century Park East, Ste. 4000
Los Angeles, CA 90067
Telephone: 310.552.8500
Facsimile: 310.551.8741

KATHERINE V.A SMITH, SBN 247866
ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
Fac.: 213.229.7520

*Attorneys for Defendant DraftKings, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Michael Z. Hermalyn and FVP, LLC, <br><br>  Plaintiffs, <br><br>  v. <br><br> DraftKings, Inc. <br><br>  Defendant. | CASE NO. 2:24-cv-997 <br><br> **PROOF OF SERVICE** <br><br> [Removal from the Superior Court of the State of California, Los Angeles County, Case No. 24STCV02694] <br><br> Action Filed: February 5, 2024 <br> Trial Date:    None Set |
|---|---|

**PROOF OF SERVICE**

I, Alayna Monroe, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years, and I am not a party to this action. My business address is 2029 Century Park East, Los Angeles, California 90067. On February 6, 2024, I caused the following document to be served:

**DEFENDANT'S NOTICE OF FILING OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

on the parties stated below, by the following means of service:

| | |
|---|---|
| BRAD D. BRIAN (SBN 79001)<br>brad.brian@mto.com<br>BETHANY W. KRISTOVICH (SBN 241891)<br>bethany.kristovich@mto.com<br>ANNE K. CONLEY (SBN 307952)<br>anne.conley@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Plaintiff*<br>*MICHAEL Z. HERMALYN* | Michael B. Carlinsky (*pro hac vice forthcoming*)<br>michaelcarlinsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Ave, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>David C. Armillei (SBN 284267)<br>davidarmillei@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Plaintiff*<br>*FVP, LLC* |

☑ **SERVICE BY U.S. POSTAL SERVICE MAIL DELIVERY:** On the above-mentioned date, I caused true copies of the documents to be placed in a sealed envelope addressed as indicated above. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY ELECTRONIC SERVICE:** On the above-mentioned date, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2024.        _____
                                                             Alayna Monroe