

| | **United States District Court**<br>Central District of California<br>**Office of the Clerk** | **Natasha Alexander-Mingo**<br>Chief Probation & Pretrial Services Officer<br>255 East Temple Street, Suite 1410<br>Los Angeles, CA 90012 |
|---|---|---|
| | | **Cristina M. Squieri Bullock**<br>Chief Deputy of Administration<br>350 West 1st Street, Suite 4311<br>Los Angeles, CA 90012 |
| **Brian D. Karth**<br>District Court Executive / Clerk of Court<br>350 West 1st Street, Suite 4311<br>Los Angeles, CA 90012 | | **Maya Roy**<br>Chief Deputy of Operations<br>255 East Temple Street, Suite TS-134<br>Los Angeles, CA 90012 |

February 8, 2024

  LOS ANGELES COUNTY SUPERIOR COURT  
  111 NORTH HILL STREET  
  LOS ANGELES , CA 90012  

Re:  Case Number:      2:24−cv−00997−MCS−E     
     Previously Superior Court Case No.      24STCV02694     
     Case Name:      Michael Z. Hermalyn et al v. DraftKings, Inc.     

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on      2/8/2024     , the above−referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ Linda Chai  
    Deputy Clerk
    Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____        By: _____
Date                                 Deputy Clerk